IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| A.V.R.,<br>WIDALLYS RIVERA-QUIÑONES,<br><br>**Plaintiffs**,<br><br>v.<br><br>CITY OFFICE SUPPLIES,<br>FÉLIX RODRÍGUEZ,<br><br>**Defendants**. | **Civil No.** 16-2621 (FAB) |

**JUDGMENT**

In accordance with the Order entered on January 10, 2018 (Docket No. 13), judgment is entered in plaintiff's favor and against defendants pursuant to the settlement agreement, which is included in this judgment as if set forth *in extenso*.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 10, 2018.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE